## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VALERIE WILLIFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-186-R |
| | ) | |
| INTERSTATE TRUCKERS | ) | |
| LTD. ASSISTANCE | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT:**

Please enter my appearance as counsel in this action for the Defendant, Interstate Truckers Ltd. Assistance Administration. I certify that I am admitted to practice in this Court and I am registered in this Court's Electronic Case Filing System.

Dated this 8th day of May, 2020.

Respectfully submitted,

*/s/ Philip R. Bruce*
Philip R. Bruce, OBA #30504
MCAFEE & TAFT A PROFESSIONAL
CORPORATION
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
philip.bruce@mcafeetaft.com

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 8th, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

D. Colby Addison, OBA #32718
Leah M. Roper, OBA #32107
THE CENTER FOR EMPLOYMENT LAW
1133 N. Portland Ave.
Oklahoma City, OK 73107
Telephone:   (405) 252-1180
colby@centerforemploymentlaw.com
leah@centerforemploymentlaw.com

**ATTORNEYS FOR PLAINTIFF**

                */s/ Philip R. Bruce*
                Philip R. Bruce